**Eduardo MURALLES, Appellant,**

v.

**SPRINT/UNITED MANAGEMENT COMPANY, Defendant,**

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. WD 61331.

Missouri Court of Appeals, Western District.

Jan. 28, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2003.

Samuel McHenry, Legal Aid of Western Missouri, Kansas City, for appellant.

Sharon Ann Willis, Mo. Department of Labor and Industrial Relations, Kansas City, for respondent.

Before JAMES M. SMART III, Presiding Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Eduardo Muralles appeals the decision of the Labor and Industrial Relations Commission finding him disqualified for unemployment benefits. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the Labor and Industrial Relations Commission is affirmed in accordance with Rule 84.16(b).